In the Matter of CHRISTOPHER ELLISON, Appellant, v ANDREA EVANS, Respondent.

Submitted June 20, 2011; decided September 15, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution.